IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-CR-00025-RJC-DCK

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | |
| TAMMY DENISE SMITH (7) | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the defendant pro se for a reduction of sentence under § 404 of the First Step Act of 2018. (Doc. No. 28).

Section 404(c) of the Act specifies that a court "shall not entertain" a reduction motion where the sentence was imposed in accordance with the Fair Sentencing Act of 2010. Pub. L. 115-135 (2018). Here, the defendant was sentenced on October 1, 2018, facing a range of punishment of five to forty years' imprisonment, based on her guilty plea to conspiring to distribute 28 grams or more of cocaine base under 21 U.S.C. § 841(b)(1)(B) as amended by the Fair Sentencing Act. (Doc. No. 1: Information at 1; Doc. No. 3: Plea Agreement at 2; Doc. No. 18: Presentence Report at 1). Accordingly, she is not eligible for a sentence reduction under the First Step Act.

**IT IS, THEREFORE, ORDERED** that the defendant's motion, (Doc. No. 28), is **DISMISSED**.

The Clerk is directed to certify copies of this Order to the defendant, the Federal Defender, the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: November 14, 2019

Robert J. Conrad, Jr.
United States District Judge