IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-CR-00025-RJC-DCK

| USA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| TAMMY DENISE SMITH | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the defendant pro se again seeking a sentence modification to home confinement. (Doc. No. 36).

This motion will be denied for the same reason as the previous request: that is, the exclusive statutory authority of the Bureau of Prisons to place an inmate into home confinement. (Doc. No. 35)

**IT IS, THEREFORE, ORDERED** that the defendant's motion is **DENIED**.

The Clerk is directed to certify copies of this order to the defendant, and to the United States Attorney.

Signed: June 9, 2021

Robert J. Conrad, Jr.
United States District Judge